UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | Criminal No. M-23-1370-S2 |
| ALEX SANTOS LOPEZ | § | |
| FELIPE GARCIA | § | |
| ANGEL CARRENO | § | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | § | |

## SEALED SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about September 6, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

**ALEX SANTOS LOPEZ
FELIPE GARCIA
ANGEL CARRENO
and
▮▮▮▮▮▮▮▮▮▮▮▮▮▮**

did fraudulently and knowingly export and send from the United States or attempt to export and send from the United States to the United Mexican States, any merchandise, article, or object, to wit: firearms and assorted firearm parts, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730-774.

In violation of Title 18, United States Code, Sections 554(a) and 2.

### Count Two

Between on or about July 1, 2023, and on or about September 6, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

**ALEX SANTOS LOPEZ**
**FELIPE GARCIA**
**ANGEL CARRENO**
and

████████████

did knowingly conspire and agree together and with other persons known and unknown to the Grand Jurors to ship, transport, transfer, cause to be transported, and otherwise dispose of firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(3), 933(a)(1), and 933(b).

## NOTICE OF FORFEITURE
**18 U.S.C. §554(a) & §933**

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 the United States gives notice to defendants,

**ALEX SANTOS LOPEZ**
**FELIPE GARCIA**
**ANGEL CARRENO**
and

████████████

that upon conviction of a violation of 18 U.S.C. Section 933 and/or Section 554, as charged in this Indictment, all merchandise trafficked, exported, or sent from the United States or attempted to be trafficked, exported, or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the trafficking, exporting, or sending of such merchandise, the attempted trafficking, exporting, or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to its trafficking or exportation shall be forfeited to the United States and includes, but is not limited to the following:

**Firearms:**

| #  | Make | Model | Caliber | Serial # | Type |
|----|------|-------|---------|----------|------|
| 1  | Beretta | 92A1 | 9mm | BIN012176 | Handgun |
| 2  | Colt | Woodsmen | .22 LR | 83013-S | Handgun |
| 3  | Walther | PPQ | .22 LR | PP033538 | Handgun |
| 4  | Walther | WMP | .22 WMR | WT008132 | Handgun |
| 5  | Glock | 45 | 9mm | BUVS829 | Handgun |
| 6  | Feg | PJK-9HP | 9mm | B88150 | Handgun |
| 7  | Beretta | 92FS | 9mm | A053086Z | Handgun |
| 8  | Glock | 45 | .9mm, | BRCB332 | Handgun |
| 9  | Browning | Buckmark | .22 LR | US515YY13241 | Handgun |
| 10 | Browning | 6754 | .380 Auto | 15533 | Handgun |
| 11 | Beretta | 92FS | 9mm | BER108071 | Handgun |
| 12 | Rock Island Armory | M1911 A1 | 9mm | RIA2383900 | Handgun |
| 13 | Colt | Challenger | .22 LR | 43443-C | Handgun |
| 14 | Glock | 19X | 9mm | BZCP735 | Handgun |
| 15 | Glock | 19 | 9mm | BUNZ842 | Handgun |
| 16 | Glock | 43X | 9mm | BNEL070 | Handgun |
| 17 | Ruger | SR22 | .22 LR | 361-37801 | Handgun |
| 18 | Walther | P22 | .22 LR | WA184992 | Handgun |
| 19 | Heritage | Barkeep | .22 | 1BH525092 | Handgun |
| 20 | Glock | 17 | 9mm | CS711US | Handgun |
| 21 | Glock | 44 | .22 | AGYZ252 | Handgun |
| 22 | Beretta | 85F | 9mm short | F00734Y | Handgun |
| 23 | Taurus | PT 92 AFS | 9mm | TNB48421D | Handgun |
| 24 | Glock | Model 17 | 9mm | BNXP681 | Handgun |
| 25 | Browning | N/A | .22 Pistol | 72N17204 | Handgun |
| 26 | Glock | 19 | 9mm | BXRH446 | Handgun |
| 27 | Glock | 44 | .22 | AHCT305 | Handgun |
| 28 | Ruger | Security 9 | 9mm | 384-06109 | Handgun |
| 29 | Glock | 17 | 9mm | BVBK945 | Handgun |
| 30 | Glock | 45 | 9mm | BPUM293 | Handgun |
| 31 | Glock | 44 | .22 | AHAX315 | Handgun |
| 32 | Century Arms | N/A AK 47 variant | 7.62x39mm | SV7088818 | Longarm |
| 33 | Ruger | 10/22 | .22LR | 0024-40424 | Longarm |
| 34 | Sig Sauer | 522 | N/A | 32A002641 | Longarm |
| 35 | Pioneer Arms | AK47n variant | 7.62x39mm | PAC118871623F | Longarm |
| 36 | Intrac Arms | AK47 | 7.62x39mm | 1997-6769 | Longarm |
| 37 | Morrissey Inc | AAM AK47 | 7.62x39mm | AA011404 | Longarm |
| 38 | Norinco | MAK-90 Sporter | 7.62x39mm Rifle | 9456612 | Longarm |
| 39 | Nodak Spud LLC | NDS-1 | 7.62x39mm | F010903 | Longarm |
| 40 | Pioneer Arms | Sporter | 7.62x39mm | PAC1188768 | Longarm |
| 41 | Romarm - Cugir | WASR-10 | 7.62x39mm | 1-93873-11 RO | Longarm |

| | | | | | |
|---|---|---|---|---|---|
| 42 | Norinco | MAK-90 Sporter | 7.62x39mm | 9412380 | Longarm |
| 43 | Romarm - Cugir | WASR-10 | 7.62x39mm | AF-2660-81 | Longarm |
| 44 | Stoeger | 2000 | 12 gauge shotgun | 638713 | Longarm |
| 45 | Ruger | 10/22 | .22 LR | 0024-40471 | Longarm |
| 46 | Marlin | 60 | .22LR | MM09056L | Longarm |
| 47 | Beretta | 92FS | 9mm | A298030Z | Handgun |
| 48 | Beretta | 92FS | 9mm | M89363Z | Handgun |
| 49 | Armes Unique | D6 | .22LR | 688312 | Handgun |
| 50 | Smith and Wesson | 380 Shield EZ | .380 Auto | RCU2931 | Handgun |
| 51 | Beretta | Nano | 9mm | NU007175 | Handgun |
| 52 | Ruger | MK2 | .22 | 222-42967 | Handgun |
| 53 | Beretta | 21A | .22 LR | BCS01116U | Handgun |
| 54 | American Tactical | Firefly | .22 LR | F443926 | Handgun |
| 55 | S&W | 9 Shield EZ | 9mm | REY7629 | Handgun |
| 56 | Browning | 191122 | .22 | 51EYZ51402 | Handgun |
| 57 | Beretta | 24F | 9mm Short | E46355Y | Handgun |
| 58 | Ruger | 57 | 5.7x28mm | 64384664 | Handgun |
| 59 | Ruger | 57 | 5.7x28mm | 642-01292 | Handgun |
| 60 | Kel-tec | PMR-30 | .22 | WF881 | Handgun |
| 61 | Walther | SP22 M1 | .22 LR | EP004462 | Handgun |
| 62 | Glock | 19 | 9mm | BWWG405 | Handgun |
| 63 | Glock | 48 | 9mm | BXUS606 | Handgun |
| 64 | Beretta | 92FS | 9mm | BER578498 | Handgun |
| 65 | Ruger | 57 | 5.7x28mm | 641-35798 | Handgun |
| 66 | Beretta | 92FS | 9mm | A034741Z | Handgun |
| 67 | Beretta | 92FS | 9mm | A266576Z | Handgun |
| 68 | Canik | TP9 | 9mm | T6472-21 BC 72711 | Handgun |
| 69 | Walther | Gold cup | .22 | WD019267 | Handgun |
| 70 | Glock | 44 | .22 | AGXV951 | Handgun |
| 71 | Glock | 19X | 9mm | BXZC808 *slide serial #: BHWV622* | Handgun |
| 72 | S&W | SD9 | 9mm | FDB5089 | Handgun |
| 73 | Beretta | 80X | 9mm Short | Y000818X | Handgun |
| 74 | Glock | 44 | .22 | AFRD333 | Handgun |
| 75 | Taurus | G3 | 9mm | ADD281174 | Handgun |
| 76 | Canik | TP9 | 9mm | T6472-20 BH 09982 | Handgun |
| 77 | Glock | 19 | 9mm | BSKV677 | Handgun |
| 78 | Walther | P22 | .22 | WA188878 | Handgun |
| 79 | Beretta | Pico | .380 Auto | PC047384 | Handgun |
| 80 | Glock | 19 | 9mm | RAP823 | Handgun |
| 81 | Beretta | 19FS | 9mm | K95057Z *Barrel Serial #: 054709Z* | Handgun |

| # | Make | Model | Caliber | Serial | Type |
|---|---|---|---|---|---|
| 82 | S&W | MP 22 | .22 | MP146450 | Handgun |
| 83 | Beretta | 80X | .380 Auto | Y003098X | Handgun |
| 84 | Beretta | 92FS | 9mm | BER189761 | Handgun |
| 85 | Ruger | Sercurity 9 | 9mm | 384-67464 | Handgun |
| 86 | Colt | Conversion Unit | .22 LR | 2942538 | Handgun |
| 87 | Ruger | SR22 | .22 | 363-28476 | Handgun |
| 88 | Beretta | Nano | 9mm | NU030670 | Handgun |
| 89 | American Tactical | Firefly | .22 | F439213 | Handgun |
| 90 | Colt | Woodsmen | .22 LR | 12284-S | Handgun |
| 91 | Colt | Woodsmen | .22 | 025394S | Handgun |
| 92 | Colt | Woodsmen | .22 | 11476-S | Handgun |
| 93 | Bersa | 383 | .380 | 133885 | Handgun |
| 94 | Ruger | LCP | .380 | 372345787 | Handgun |
| 95 | Remington | 870 | 12 gauge shotgun | RS10394X | Longarm |
| 96 | Winchester | 1400 MII | 12 gauge shotgun | N562608 | Longarm |
| 97 | Remington | Express Magnum | 12 gauge shotgun | B443706U | Longarm |
| 98 | Remington | 1100 | 12 gauge shotgun | L822376V | Longarm |
| 99 | Remington | 1100 | 12 gauge shotgun | N470053V | Longarm |
| 100 | Remington | 870 | 12 gauge shotgun | 523409 | Longarm |
| 101 | Mossberg | 702 Plinkster | .22 | E113066605 | Longarm |
| 102 | Remington | 1100 LW | 20 gauge | M155067K | Longarm |
| 103 | Colt | AR15 SP1 | .223 | SP162142 | Longarm |
| 104 | S&W | M&P 15-22 | .22 LR | JAW5309 | Longarm |
| 105 | Anderson Manufa | AM-15 | Multi Caliber | 21401637 | Longarm |
| 106 | S&W | M&P 15-22 | .22 LR | LAA8646 | Longarm |
| 107 | Russian American Armory Company SAIGA | AK47 | 7.62x3mm | H08101271 | Longarm |
| 108 | Mossberg | 88 | 20 gauge shotgun | MV45711V | Longarm |
| 109 | Remington | 870 | 12 gauge shotgun | S747610V | Longarm |
| 110 | Western Field | 60 | 12 gauge shotgun | SB620-A | Longarm |
| 111 | Mossberg | 500A | 12 gauge shotgun | P176181 | Longarm |
| 112 | Benelli | Nova | 12 gauge shotgun | Z007928 | Longarm |
| 113 | Ruger | 10/22 | .22 LR | 253-31351 | Longarm |
| 114 | Remington | 870 | 20 gauge shotgun | A516711U | Longarm |

| # | Make | Model | Caliber | Serial | Type |
|---|---|---|---|---|---|
| 115 | New England | Paroner | 410 gauge shotgun | NP258331 | Longarm |
| 116 | Remington | 770 Riffle | 30-06 | M71958002 | Longarm |
| 117 | Winchester | 190 | .22 cal | B2182568 | Longarm |
| 118 | Ruger | 10/22 | 22 LR | 241-61562 | Longarm |
| 119 | Stoeger | 3500 | 12 gauge shotgun | 75-H21YT-11810 | Longarm |
| 120 | Anderson Manufacturer | AM-15 | Multi Caliber | 21145978 | Longarm |
| 121 | New England | SB1 | 410 gauge | NE241133 | Longarm |
| 122 | Ruger | 10/22 | .22 LR | 2363414 | Longarm |
| 123 | Ruger | 10/22 | .22 LR | 0023-63487 | Longarm |
| 124 | Ruger | 10/22 | .22 LR | 0023-63476 | Longarm |
| 125 | Ruger | 10/22 | .22 LR | 0023-41261 | Longarm |
| 126 | Marlin | 60 | .22 LR | MM03491H | Longarm |
| 127 | Remington | 514 | .22 LR | No Serial # | Longarm |
| 128 | Remington | 550-1 | .22 LR | No Serial # | Longarm |
| 129 | Remington | 1100 LT-20 | 20 gauge shotgun | N943682K | Longarm |
| 130 | Remington | Wingmaster | 20 gauge shotgun | V103885V | Longarm |
| 131 | Mossberg | 500A | 12 gauge shotgun | J424886 | Longarm |
| 132 | Ruger | 10/22 | .22 LR | 0023-63537 | Longarm |
| 133 | Ruger | 10/22 | .22 LR | 0023-63482 | Longarm |
| 134 | Winchester | 255 | .22 WIN (Winchester) | 474857 | Longarm |
| 135 | Remington | 241 speedmaster | .22 LR | 33557 | Longarm |
| 136 | Remington | 552 speedmaster | .22 | No Serial # | Longarm |
| 137 | Rossi | Rio Bravo | .22 LR | 7CL052172R | Longarm |
| 138 | Ruger | 10/22 | .22 LR | 0023-63479 | Longarm |
| 139 | Ruger | 10/22 | .22 LR | 0023-63567 | Longarm |
| 140 | Ruger | 10/22 | .22 LR | 0023-63585 | Longarm |
| 141 | Citadel | | 12 gauge shotgun | 21SAKR57129 | Longarm |
| 142 | No visible make | looks like homemade gun | 12 gauge shotgun | 157201Q | Longarm |
| 143 | Ruger | 10/22 | .22 LR | 0023-63297 | Longarm |
| 144 | Ruger | 10/22 | .22 LR | 0022-75827 | Longarm |
| 145 | Ruger | 10/22 | .22 LR | 0023-62824 | Longarm |
| 146 | Ruger | 10/22 | .22 LR | 0024-30673 | Longarm |
| 147 | H&K | HK416D | .22 LR | HB049901 | Longarm |
| 148 | Savage Arms | Savage 62 | .22 LR | 4386025 | Longarm |
| 149 | Winchester | 1200 | 12 gauge shotgun | L759845 | Longarm |
| 150 | Mossberg | M500 | 410 gauge shotgun | V0970484 | Longarm |

| | | | | | |
|---|---|---|---|---|---|
| 151 | Marlin | 60 | .22 LR | 13442554 | Longarm |
| 152 | Ruger | 10/22 | .22 LR | 0023-63578 | Longarm |
| 153 | Browning | Invector plus | 20 gauge shotgun | 06755MV121 | Longarm |
| 154 | Rossi | Rio Bravo | .22 LR | 7CL036786P | Longarm |
| 155 | Stevens Sun City Machinery | 320 | 20 gauge shotgun | 215053T | Longarm |
| 156 | Ruger | 10/22 | .22 LR | 0019-21088 | Longarm |
| 157 | Rossi | Rio Bravo | .22 LR | 7CG014857N | Longarm |
| 158 | Remington | 700 | .223 Remington | G6527345 | Longarm |
| 159 | Remington | Wingmaster 870 | 12 gauge shotgun | S374839V | Longarm |
| 160 | Remington | 1100 | 12 gauge shotgun | M815847V | Longarm |
| 161 | Winchester | 1300 Defender | 12 gauge shotgun | L3355382 | Longarm |
| 162 | Ruger | 10/22 | .22 LR | 0024-40378 | Longarm |
| 163 | Ruger | 10/22 Carbine | .22 LR | 125-34779 | Longarm |
| 164 | Benelli | Supernova | 12 gauge shotgun | Z0953093E20 | Longarm |
| 165 | Remington | 870 Wingmaster | 12 gauge shotgun | T187450X | Longarm |
| 166 | Winchester | 1200 | 12 gauge shotgun | L526266 | Longarm |
| 167 | Stevens Sun City Machinery | unknown | 12 gauge shotgun | 212340T | Longarm |
| 168 | Ruger | 10/22 | .22LR | 2266740 | Longarm |
| 169 | Ruger | 10/22 | .22LR | 0023-63486 | Longarm |
| 170 | Browning | 271103 | 12 gauge shotgun | E50338 | Longarm |
| 171 | Remington | 1100 | 12 gauge shotgun | M767806V | Longarm |
| 172 | Ruger | 10/22 | .22 LR | 0024-39715 | Longarm |
| 173 | Ruger | 10/22 | .22 LR | 0023-63493 | Longarm |
| 174 | Mossberg | 500 tactical | 12 gauge shotgun | V1333571 | Longarm |
| 175 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 176 | Marlin | 60 | .22 LR | 20500324 | Longarm |
| 177 | Remington | 550 | .22 | No Serial # | Longarm |
| 178 | Ruger | 10/22 | .22 LR | 826-94547 | Longarm |
| 179 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 180 | Stevens Sun City Machinery | 320 | 20 gauge shotgun | 215153T | Longarm |
| 181 | Ruger | 10/22 | .22 LR | 0024-40422 | Longarm |
| 182 | Typhoon Defense | | 12 gauge shotgun | 21-A3128 | Longarm |

| # | Make | Model | Caliber | Serial | Type |
|---|---|---|---|---|---|
| 183 | Remington | 870 Wingmaster | 12 gauge shotgun | T675120V | Longarm |
| 184 | Stevens Sun City Machinery | 320 | 20 gauge shotgun | 211073T | Longarm |
| 185 | Ruger | 10/22 | .22 LR | 0018-18330 | Longarm |
| 186 | unknown | unknown | .22 LR | D830984 | Longarm |
| 187 | Remington | 510 targetmaster | .22 LR | No Serial # | Longarm |
| 188 | Sturm Ruger | Target Ranch Riffle | .223 | 582-00295 | Longarm |
| 189 | Remington | M887 | 12 gauge shotgun | AAE092941A | Longarm |
| 190 | Remington | 511 Scoremaster | .22 LR | No Serial # | Longarm |
| 191 | Remington | Sportmaster | .22 LR | No Serial # | Longarm |
| 192 | Stevens | 320 | 20 gauge shotgun | 213290U | Longarm |
| 193 | Marlin | 6080 | .22 LR | 20469191 | Longarm |
| 194 | Norinco | MAK-90 Sporter | 7.62x39mm | 94140896 | Longarm |
| 195 | Ruger | 10/22 | .22 LR | 248-20333 | Longarm |
| 196 | Winchester | 69A | .22 LR | No Serial # | Longarm |
| 197 | Remington | Scoremaster | .22 LR | No Serial # | Longarm |
| 198 | Ruger | 10/22 | .22 LR | 246-88363 | Longarm |
| 199 | Ruger | 10/22 | .22 LR | 0016-75094 | Longarm |
| 200 | Ruger | 10/22 | .22 LR | 0023-63569 | Longarm |
| 201 | Remington | 1100 | 12 gauge shotgun | M359499V | Longarm |
| 202 | Winchester | 1300 Ranger | 20 gauge shotgun | L2410920 | Longarm |
| 203 | Remington | 870 | 12 gauge shotgun | CC98455D | Longarm |
| 204 | Ruger | American | .223 | 694-18860 | Longarm |
| 205 | Ruger | 10/22 | .22 LR | 0009-31855 | Longarm |
| 206 | Winchester | 1400 | 12 gauge shotgun | 142035 | Longarm |
| 207 | Remington | 870 | 20 gauge shotgun | A268830U | Longarm |
| 208 | Winchester | 1200 | 12 gauge shotgun | 441117 | Longarm |
| 209 | Mossberg | 835 Ulti-mag | 12 gauge shotgun | UM659598 | Longarm |
| 210 | Ruger | 10/22 | .22 LR | 0022-75830 | Longarm |
| 211 | unknown | unknown | .22 | A196022 | Longarm |
| 212 | Marlin | 60 | .22 LR | 4213675 | Longarm |
| 213 | Remington | 870 | 20 gauge shotgun | RS51390Y | Longarm |

| | | | | | |
|---|---|---|---|---|---|
| 214 | Remington | 1100 | 12 gauge shotgun | L249177V | Longarm |
| 215 | Rossi | SS Poly | 410 gauge shotgun | 7CS117218R | Longarm |
| 216 | Ruger | 10/22 | .22 LR | 0015-68642 | Longarm |
| 217 | Marlin | 60 | .22 LR | 27285006 | Longarm |
| 218 | Marlin | 60 | .22 LR | 6171373 | Longarm |
| 219 | Ruger | 10/22 | .22 LR | RCS1-14843 | Longarm |
| 220 | Remington | 1100 | 20 gauge shotgun | M743870X | Longarm |
| 221 | Ruger | 10/22 | .22 LR | 122695 | Longarm |
| 222 | Century Arms | VSKA | 7.62x39mm | SV7028042 | Longarm |
| 223 | Mossberg | 500E | .410 | T459816 | Longarm |
| 224 | Remington | unknown | 12 gauge shotgun | L3271018 | Longarm |
| 225 | Chiappa | 301 | 20 gauge shotgun | 21PA20V-4038 | Longarm |
| 226 | Stevens | 320 | 12 gauge shotgun | 0180662F | Longarm |
| 227 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 228 | Remington 12 gauge shotgun/No Barrel | 870 Wingmaster | 12 gauge shotgun | V44708V | Longarm |
| 229 | Remington | 870 Wingmaster | 12 gauge shotgun | V053390X | Longarm |
| 230 | Remington | 870 express magnum | 12 gauge shotgun | A774767M | Longarm |
| 231 | Hatsan Arms Company | Escort | 12 gauge shotgun | 70-H21PT-006333 | Longarm |
| 232 | Stoeger | M3020 | 20 gauge shotgun | 1500346 | Longarm |
| 233 | Ruger | 10/22 | .22 LR | 828-05618 | Longarm |
| 234 | Ruger | 10/22 | .22 LR | 352-76212 | Longarm |
| 235 | Remington | 5504 | 22 gauge shotgun | 715482 | Longarm |
| 236 | Weatherby | unknown | 20 gauge shotgun | RM004915 *No barrel* | Longarm |
| 237 | Remington | 870 Wingmaster | 12 gauge shotgun | AB520895U | Longarm |
| 238 | Rugger | 10/22 | .22 LR | 0024-09304 | Longarm |
| 239 | Winchester | 77 | .22 LR | No Serial # | Longarm |
| 240 | Marlin | 60 | .22 | 23598393 | Longarm |
| 241 | Winchester | 9422 XTR | .22 LR | F398189A | Longarm |
| 242 | Remington | 870 express magnum | 20 gauge shotgun | A339821U | Longarm |
| 243 | Remington | unknown | .22 LR | No Serial # | Longarm |
| 244 | Remington | Sportsmen 48 | 12 gauge shotgun | 3053991 | Longarm |
| 245 | Remington | 550 | .22 LR | No Serial # | Longarm |

| 246 | Marlin | 60 | .22 | 22440305 | Longarm |
|---|---|---|---|---|---|
| 247 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 248 | Winchester | 74 | .22 LR | 372130A | Longarm |
| 249 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 250 | Remington | 1100 | 20 gauge shotgun | N375680V | Longarm |
| 251 | Remington | 870 express magnum | 20 gauge shotgun | D138795U | Longarm |
| 252 | Winchester | 12 | 16 gauge shotgun | 1044451 | Longarm |
| 253 | Remington | 870 | 12 gauge shotgun | T721574X | Longarm |
| 254 | Remington | 870 express magnum | 12 gauge shotgun | C984861U | Longarm |
| 255 | Remington | unknown | .22 LR | No Serial # | Longarm |
| 256 | Remington | 870 | 12 gauge shotgun | V282266V | Longarm |
| 257 | Ruger | 10/22 | .22 LR | 0016-65623 | Longarm |
| 258 | Remington | 550 | .22 LR | PZZ9 | Longarm |
| 259 | S&W | 1000 | 12 gauge shotgun | FB44918 | Longarm |
| 260 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 261 | Remington | 510 | .22 LR | No Serial # | Longarm |
| 262 | Ruger | 10/22 | .22 LR | 126-41509 | Longarm |
| 263 | ERMA-WERKE | EM122 | .22 | 46032 | Longarm |
| 264 | H&R | 1871 | 20 gauge shotgun | NZ745129 | Longarm |
| 265 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 266 | Savage Arms | Savage 62 | .22 LR | 4368230 | Longarm |
| 267 | Remington | 550 | .22 LR | No Serial # | Longarm |
| 268 | Winchester | 74 | .22 LR | 333421A | Longarm |
| 269 | Marlin | 60 | .22 LR | 2103988 | Longarm |
| 270 | Remington | 1100 | 12 gauge shotgun | N304412V | Longarm |

**Assorted Firearm Parts:**

| | |
|---|---|
| (3) Remington 20 gauge shotgun barrels | Longarm Barrels |
| (1) Weatherby Element 20 gauge shotgun barrel | Longarm Barrel |
| (1) Benelli 12 gauge shotgun barrel | Longarm Barrel |
| (1) Winchester 20 gauge Shotgun Barrel 1400 | Shotgun Barrel |
| (1) Winchester 20 gauge shotgun barrel 1300 | Longarm Barrel |
| (1) Stevens 20 gauge shotgun barrel Model 320 | Longarm Barrel |
| (3) Remington Wooden Stocks | Stocks |
| (4) unnamed stocks | Stocks |
| (2) Marlin 22 gauge wooden stocks | Stocks |
| (1) Ruger Rifle stock | Stock |
| (1) Colt 1911 .45 caliber pistol slide with barrel | Pistol Mechanism |

| | |
|---|---|
| (1) Tasco Rifle scope | Scope |
| (1) Tactical Solutions 22 gauge pistol slide with barrel | Pistol Mechanism |
| (1) Beretta .22 LR Slide with barrel | Pistol Mechanism |
| (1) Konus Pro 4x32 PRC Optic Scope | Scope |
| (1) BSA 4x30 Optic Scope | Scope |
| (1) Tasco 24x40 scope | Scope |
| (1) TruGlo optic scope | Scope |
| (1) Proviel 4x32 scope | Scope |
| (1) Trailstalker rifle scope | Scope |
| (1) Bushnell Banner Rifle Scope | Scope |
| (1) Nitro Gas Port Scope 4x32 optic | Scope |
| (1) Bolt carrier | Pistol Mechanism |
| (1) Pistol Barrel 9mm | Pistol Mechanism |
| (1) Bolt Carrier | Pistol Mechanism |
| (1) Scoop Mounting Bracket | Pistol Mechanism |
| (1) Trigger Mechanism | Pistol Mechanism |
| (1) Polytac Streamlight Flashlight | Pistol Mechanism |
| (1) Mounting Rail | Pistol Mechanism |
| (1) Rifle Heat Shield | Pistol Mechanism |
| (3) Rubber Pistol Grips | Grips |
| (1) RVG MOE pistol grip | Grip |
| (1) Magpal MOE RKT Grip | Grip |
| (1) Magpal MOE RK Grip | Grip |
| (1) Hogue Grip | Grip |
| (2) Muzzle ends (unknown brand) | Pistol Mechanism |
| (3) Ruger .22 LR 50 round magazines | Magazines |
| (2) tapco 7.62x39mm magazines | Magazines |
| (2) AC Unity 7.62x39mm magazines | Magazines |
| (2) KCI 30 round 5.56x48 Magazines | Magazines |
| (29) Ruger .22 LR 25 round magazines | Magazines |
| (5) 7.62x39mm Magazines | Magazines |
| (3) MOE 7.62x39mm Magazines | Magazines |
| (3) .22 LR S&W 25 round magazines | Magazines |
| (1) .223 Drum magazine | Magazine |
| (3). 22 LR magazines | Magazines |
| (3) Typhoon 12 gauge shotgun magazines | Magazines |
| (8) 7.62x39mm magazines, 30 rounds | Magazines |
| (1) 7.62x39mm magazine | Magazine |
| (1) 9mm PTZ9 magazine | Magazine |
| (1) Beretta .22 LR magazine | Magazine |
| (2) Beretta 9mm Magazine | Magazines |
| (13) Glock magazines 9mm | Magazines |
| (4) Beretta .380 auto magazines, 13 rounds | Magazines |
| (2) Magpull GL9 14 rounds | Magazines |
| (7) Colt .22 LR magazines, 25 rounds | Magazines |
| (12) Beretta 9mm 15 round magazines | Magazines |
| (5) No Brand 9mm magazines | Magazines |
| (7) Glock 9mm 15 round magazines | Magazines |
| (2) Walther .22 45 round magazines | Magazines |

| | |
|---|---|
| (6) 20 round 5.7x28mm Ruger magazines | Magazines |
| (2) Glock 9mm 10 round magazines | Magazines |
| (9) Glock magazines 10 round, .22 LR | Magazines |
| (6) Walther .22 LR magazines | Magazines |
| (1) Canik 9mm 18 round magazine | Magazine |
| (1) Hipower 9mm 15 round magazine | Magazine |
| (1) Beltec .22 caliber Magazine | Magazine |
| (2) .380 caliber magazine | Magazines |
| (1) .380 caliber magazine | Magazine |
| (1)PMAG .40 caliber 15 round magazine | Magazine |
| (1) 9mm 10 round magazine | Magazine |
| (1) S&W .380 8 round magazine | Magazine |
| (1) Ruger .380 6 round magazine | Magazine |
| (4) Ruger .22 caliber magazines | Magazines |
| (1) .380 Caliber 13 round magazine | Magazine |
| (1) Beretta 9mm 17 round magazine | Magazine |
| (1) Miscellaneous ammunition magazine | Magazine |
| (6) .22 LR magazines | Magazines |
| (1) Taurus 9mm magazine | Magazine |
| (1) PMA .40 caliber 17 round magazine | Magazine |
| (1) S&W .380 8 round magazine | Magazine |
| (1) .380 caliber magazine | Magazine |
| (1) Promag .22 LR 10 round magazine | Magazine |
| (1) Beretta 15 round magazine | Magazines |
| (1) Ruger 9mm 15 round magazine | Magazine |
| (1) Canik 9mm 18 round magazine | Magazine |
| (1) Tactical Solutions .22 LR 15 round magazine | Magazine |
| (1) S&W 9mm 15 round magazine | Magazine |
| (1) Shields Arms 9mm 15 round magazine | Magazine |
| (1) .22 LR magazine | Magazine |
| (1) Browning magazine .22 LR | Magazine |
| (1) .45 ACP Caliber Magazine | Magazine |
| (1) Keltec 9mm Magazine | Magazine |
| (1) Ruger Magazine .22 LR | Magazine |
| (2) Ruger 9mm 15 round magazines | Magazines |
| (1) S&W 9mm 8 round magazine | Magazine |
| (2) P8 Cal 13 round .380 auto magazine | Magazines |
| (2) Beretta 9mm magazines | Magazines |
| (1) Mec gar 9mm magazine | Magazine |
| (1) M&P S&W 9mm 8 round magazine | Magazines |
| (2) S&W .22 LR magazine | Magazines |
| (1) Browning .22 LR magazine | Magazine |
| (1) .22 caliber miscellaneous magazine | Magazine |
| (1) 6 round .22 caliber metal magazine | Magazine |
| (1) Ruger magazine Mini 14 | Magazine |
| (1) .22 caliber magazine | Magazine |
| (1) Erma .22 caliber magazine | Magazine |
| (1) .22 LR magazine | Magazine |
| (1) US Palm 7.62x39mm magazine | Magazine |

| | |
|---|---|
| (1) Rock River Arms 5.56x45mm magazine | Magazine |
| (1) Palmetto State Armory Magazine | Magazine |
| (1) PMAG 30 round 5.56x45mm magazine | Magazine |
| (1) ASC New Britain Ct Magazine | Magazine |
| (1) PMAG 40 round 5.56x45mm magazine | Magazine |
| (1) Butler Creek .22 magazine | Magazine |
| (1) Kel Tec PMR30 speed loader | Magazine |
| (2) Glock Mag speed loaders | Magazines |
| (36) Ruger 10/22 .22 magazine, 10 round | Magazines |
| (2) Remington Magazines | Magazines |
| (1) No brand magazine | Magazine |
| (1) Savage .22 Cal Magazine | Magazine |
| Vortex Razor Browning Buckmark .22 LR | Attachment to Line Item 009 |
| Laser, Model TSM-11G | Attachment to Line Item 016 |
| (1) Rifle Scope | Attachment to Line Item 116 |
| (1) Red Dot Sight, Mounted | Attachment to Line Item 147 |
| (1) Ruger .22 LR Barrel | Long Rifle Barrel |
| (5) Pistol grips, unknown brand | Grips |

**[INTENTIONALLY LEFT BLANK]**

**Assorted Ammunition:**

| | |
|---|---|
| Wolf 9mm ammunition | Quantity: 14 |
| Tulammo 7.62x39mm ammunition | Quantity: 96 |
| Winchester Luger 9mm ammunition | Quantity: 200 |
| 410 Remington shotgun shells 4 shot ammunition | Quantity: 25 |
| Winchester .22 ammunition | Quantity: 135 |
| Winchester 12 gauge expert shells 2 shot shotgun shells | Quantity: 25 |
| Winchester 12 gauge X super 2 shot shells shotgun shells | Quantity: 19 |
| PMC .45 auto ammunition | Quantity: 20 |
| Barnaul 7.62x39mm ammunition | Quantity: 81 |
| Federal .22 ammunition | Quantity: 5 |
| Browning 9mm Luger | Quantity: 125 |
| 7.62x39mm ammunition | Quantity: 40 |
| 7.62x39mm CCI Ammunition | Quantity: 8 |
| Winchester expert 20 gauge 7 1/2 shot shotgun shells | Quantity: 25 |
| S&W .40 Blazer blast | Quantity: 40 |
| FNH 5.7x28mm ammunition | Quantity: 300 |
| Winchester X Super 20 gauge 4 shot shotgun shells | Quantity: 25 |
| CCI .22 ammunition | Quantity: 300 |
| Springfield FMJ 30-06 ammunition | Quantity: 20 |
| Remington .22 ammunition | Quantity: 38 |

A TRUE BILL

FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY